# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 8, 2006

*Before*

Hon. Richard A. Posner, *Circuit Judge*

Hon. Daniel A. Manion, *Circuit Judge*

Hon. Diane P. Wood, *Circuit Judge*

| | |
|---|---|
| MARJORIE H. HOFSLIEN,<br>     *Plaintiff-Appellant*,<br><br>No. 05-2649          v.<br><br>JO ANNE B. BARNHART, Commissioner<br>of Social Security,<br>     *Defendant-Appellee*. | ] Appeal from the United<br>] States District Court for<br>] the Western District of<br>] Wisconsin.<br>]<br>] No. 04 C 822 S<br>]<br>] John C. Shabaz,<br>]     *Judge*. |

       Page 4 of the slip opinion issued in this case on March 1, 2006, is amended as follows: in the sixth line on that page, after the word "benefits," the following should be inserted: "cf. Seth A. Seabury, Robert T. Reville & Frank Neuhauser, "Physician Shopping in Workers' Compensation: Evidence from California," 3 *Journal of Empirical Legal Studies* 47 (2006)."